# EXHIBIT

# 2

 Verizon  LTE        **10:18 PM**        27% 

        **Fear-y the Neri**        

scary and uncomfortable but it's the right thing to do and you won't be alone. God is ALWAYS with us.

12:03 PM

 Sabrina Torres
For people looking to help and don't know how, or don't have the means to donate here is a link to a video that you can stream for free and just let the ads play! This raises money that is donated to protestors and people helping the cause across the nation

 2

 Sabrina Torres
 Youtube        1



STREAM TO DONATE: how to help with no money or leaving your house.

 Send Message...        +

.ıl Verizon  LTE          10:19 PM          @ ◀ 27% ▭

‹                    **Fear-y the Neri**

**GC**  Garret CSU
Do we know which protestors it is
donating to? Seems like some
protestors we should support, others
not so much                                        ♥₁

Sabrina Torres
It donates to Black Lives Matter.
There's also of list of petitions and
resources in the description of the
video for people who want to be
active allies and become more
educated on the issue.                              ♥₁

**GC**  Garret CSU
Gotcha ty                                           ♥₂

Drew Redmond



Brooklyn Bail Fund
Minnesota Freedom Fund
Atlanta Action Network
Columbus Freedom Fund
Louisville Community Bail Fund
Chicago Bond
Black Visions Collective
Richmond Community Bail Fund
The Bail Project Inc
NW Com Bail Fund
Philadelphia Bail Fund
The Korchhinski-Paquet Family Gofundme
George Floyd's Family Gofundme
BlackLivesMatter.com
Reclaim the Block
ACLU                                                ♥₁

☺   Send Message...                    +



Just to clarify, this is everything that the add revenue will go towards

3:09 PM

**Jack Denton**
The various funds on that list are fine causes as far as I know, but everyone should be aware that BlackLivesMatter.com, Reclaim the Block, and the ACLU all advocate for things that are explicitly anti-Catholic.

**Laura Escher**
what do they advocate for?

**Lola Martin**
I'm just curious, but can you specify these "things" **@Jack Denton**

**Laura Escher**
I actually don't know LOL 😳🥵

☺ Send Message...                    +





 Verizon LTE 10:19 PM 27%

**Fear-y the Neri**

Laura Escher
I actually don't know LOL 😳😡

Laura Escher
cuz I've heard the same thing but don't actually know

Jack Denton
BlackLivesMatter.com fosters "a queer affirming network" and defends transgenderism.
The ACLU defends laws protecting abortion facilities and sued states that restrict access to abortion.
Reclaim the Block claims less police will make our communities safer and advocates for cutting PDs' budgets. This is a little less explicit, but I think it's contrary to the Church's teaching on the common good.

Laura Escher
Ah yes I just read the BlackLivesMatter.com creed so I got u now

Laura Escher
Thanks!

Send Message...

Verizon LTE 10:19 PM 27%

**Fear-y the Neri**

4:02 PM

Sabrina Torres
It's not a religious issue though, it's a human rights issue. Everyone of God's creations has the right to live peacefully

Peter Meisenbacher
Including the unborn, which last I checked are the most vulnerable of us.

Laura Powers
facebook.com

Security Check Required

Drew Redmond
That's such a powerful video **@Laura Powers**

4:31 PM

Silvia Meyer
I know I never speak in this chat but I've decided that I cannot stay silent on this topic. I wholeheartedly agree that this is not a religious issue. It is a

Send Message...

Verizon LTE          10:19 PM          @ ⍅ 27% ▭

‹                    **Fear-y the Neri**          

4:31 PM

 **Silvia Meyer**
I know I never speak in this chat but     21
I've decided that I cannot stay silent
on this topic. I wholeheartedly agree
that this is not a religious issue. It is a
human rights issue. As Catholics we
are called to love one another as we
are Gods beloved creation. No one is
more loved or more important or
more worthy than anyone. As a firm
supporter of the pro-life movement, I
stand behind defending the sanctity
of human life. However we tend to
focus on only protecting human life in
the womb. Which yes, is extremely
important. But how are we going to
advocate the defense of the unborn if
we're not going to stand for our
brothers and sisters here on earth?
How are going to march in DC to
defend life and stay silent in times
like these? Innocent men and women
and children are dying and this is
what we should focus on.

**Silvia Meyer**

☺  Send Message...                    +

 Verizon  LTE          10:18 PM          27% 

<       **Fear-y the Neri**

Tue, 4:51 PM

 **JR Ryan**
No one has said anything about
George Floyd and others, probably b/
c it's summer, or maybe b/c a lot of
the upperclassman have left, or
maybe b/c this topic seems political
(and maybe it is), or maybe b/c this
group is highly concentrated with
white people, myself included, and
may not think about these things as
much. BUT we are the Body of Christ,
His church, made up of all people of
all races and tongues and we have
this shared experience called life,
which involves suffering, carrying a
cross. So whatever you think about
what's going on regarding this
situation in our country, I ask that you
pray. Pray for black people who feel
they are not valued or that they are
treated as less in this country, pray
that they may know Christ's love. And
pray that we, as Catholics, may share
Christ's love with EVERYONE we meet
because Christ dwells in each of us.

 62

 Send Message...          +





Verizon LTE 10:18 PM 27%

**Fear-y the Neri**

Emma MacPhee
Amen
1

Gina Passarella
Amen 🙏
1

JR Ryan
Yes, there is more that could be mentioned about protests and riots and hate but I'd rather focus on what we can do and that is to pray and to love.
39

If you do get the opportunity or feel it is helpful, speak up. We do call ourselves pro life and I think this is an opportunity to stand up for life.

"Open your mouth for the mute,
For the rights of all who are left desolate,
Open your mouth, judge righteously,
maintain the rights of the poor and needy." Proverbs 31:8-9

LM Lola Martin
Thank you for speaking up **@JR Ryan** 💛
2

Send Message...

**Shannon Flaharty**
^^this!!! thank you @JR Ryan

**Ashley Douglas**
Amen!!!

Tue, 5:14 PM

**Jae Williams**
Amen!

Tue, 10:28 PM

**Gabe CSU**
Very well said, JR! Thanks for
bringing it up here. I'm sure
everyone's aware by now of what's
going on to some extent. I typically
only speak about CSU/FSU stuff in
here but I think this is worth bringing
up. This isn't a political issue. It's a
cultural issue. It's a human rights
issue. And even though we might not
be directly affected we should still
care and act.

Prayer is powerful. Prayer is
underrated in today's culture. But
there's a big difference between
awareness and activism. Activism

 Verizon  LTE          10:18 PM          27% 

‹          **Fear-y the Neri**

Prayer is powerful. Prayer is underrated in today's culture. But there's a big difference between awareness and activism. Activism comes in many different ways. We have more power than we realize. Use it wisely. I'm learning on the go so don't feel like this is something you should already know. My parents never taught me how to fight for change. They did teach me that ignorance is the root of most evils.

 Gabe CSU
Ever since I got here I saw how this beautiful group of souls cared to make their community better, starting with helping one another grow closer to Christ and helping the less fortunate. A coach used to tell me if I ran and I didn't hurt then maybe I wasn't trying. If you're not angry about what's going on then maybe you're not listening. I'm sure you've seen online the many ways you can help fight police brutality, systemic racism, and oppression by now. It's scary and uncomfortable but it's the

 19



😊   Send Message...                    +

 Verizon  LTE          10:19 PM          @ � 27% ▭

 <        **Fear-y the Neri**          

Silvia Meyer
I do not condone violent protests nor
do I support any further killing.
Violence and hatred will only breed
more violence and hatred. But what is
happening in today's society is a
direct violation of human dignity.
We're all quick to say that God is
love. So let's put that into action.
Love one another. Educate yourselves
on how to help one another. We can
all support this movement in our own
special way. Some us may feel more
comfortable going to go protest
physically. Some might be more
comfortable sharing articles and
ways to help and helping to educate
others. Others might have to have
these uncomfortable conversations
with our friends and families. Others
may be called to pray. However you
chose to show your support, one
thing is very clear: you cannot stay
silent. Silence equates impassivity.
Silence will only allow for evil to
continue to penetrate our society.

 Send Message...          +



**...ıl** Verizon  LTE          10:19 PM          @ ◁ 27% 🔋

‹                    **Fear-y the Neri**

continue to penetrate our society.

**Silvia Meyer**
Our God is not a passive god. We
should not be a passive people. Stay
safe. Love each other. Support each
other. These are tough times we live
in. Be the good we want to see in this
world.                                      🤍 14

**Gina Passarella**
Couldn't have put it better myself,
Silvia                                      🤍 5

**Drew Redmond**
Very well said!  @Silvia Meyer              🤍

**Lola Martin**
thanks for re-focusing everything
**@Silvia Meyer**, well said.               🤍 3

**Garret CSU**
What's the difference between a so-
called "religious" issue and a "human
rights" issue? I'm not sure "human
rights" have any valid rational
grounding outside of a religious
context                                     🤍 5

**Jack Denton**

☺  Send Message...                        +

Verizon  LTE          10:19 PM              27%

‹          **Fear-y the Neri**

**Jack Denton**

I don't mean to anger anyone - I know        ❤️ 18
this is a very emotional topic.
However, it is important to know what
you're supporting when you're
Catholic. If I stay silent while  my
brothers and sisters may be
supporting an organization that
promotes grave evils, I have sinned
through my silence. I love you all, and
I want us all to be aware of the truth.
As far as it's a religious issue or not,
there isn't an aspect of our lives that
isn't religious, because God wants
our whole lives and everything we do
to be oriented around him!<3

**Lola Martin**

you guys i love you all but i'd hate to
see this group chat turn into a
political debate, like it kind of already
is. i didn't join this group chat to be
involved in political things, i joined it
so we can walk with Christ together.
so let's focus on the core issue here
which is racism. it doesn't mean we
are or aren't supporting other things,
but we have to keep our eyes wide

☺  Send Message...                    +



**Olivia Stephenson**
You only open minds with conversation, so that's also important too :)

**Garret CSU**
Speaking of heated debate, the theology club is discussing the proper Christian perspective of gender roles this Friday at noon via Zoom, if anyone wants to join hmu

Sabrina Torres has left the group.

4:46 PM

**Silvia Meyer**
I agree that this chat shouldn't be used for political debate but these are issues we cannot ignore. I was born in a country that is subjected to tyranny and severe oppression. I know what it's like to go out and protest day after day and see no results. I know what it's like to be ruled by a government that doesn't care whether you live or die. I know what it's like to have no electricity, no water and no power in your whole

Send Message...

 Verizon LTE          **10:20 PM**          27% 

‹                    **Fear-y the Neri**

 **Silvia Meyer**

I agree that this chat shouldn't be used for political debate but these are issues we cannot ignore. I was born in a country that is subjected to tyranny and severe oppression. I know what it's like to go out and protest day after day and see no results. I know what it's like to be ruled by a government that doesn't care whether you live or die. I know what it's like to have no electricity, no water and no power in your whole country simple because the government felt like it. I know what it's like to be shot at and gassed and imprisoned and tortured and killed for something that you believe in. Thankfully I was given the opportunity to come to this country and be able to have a voice. We are all privileged to be able to even have a community like this. All I'm saying is do not let that privilege go to waste. We have a voice. Use it. The conversations are tough but we are blessed to be able to have them.

☺  Send Message...                    +



 Verizon LTE    10:20 PM    @ ⚡ 27% 🔋

<    **Fear-y the Neri**    

 **Silvia Meyer**
And like I said, we don't all have to go
out and protest. If you don't feel
comfortable donating to certain
organizations that's totally up to you.
But the one thing we can all agree on
is that this country needs prayers.
Pray for the protesters. Pray for law
enforcement officers. Pray for our
leaders. Pray for justice.    🤍 20

 **Matt Ayers**
Hey everyone I hope you're all doing
well. Lately I've been dealing with a
lot of conflict with the current
situation of George Floyd. But there's
also a lot of questions and serious
concerns that I have. If anyone's
available, I'd love to talk.    🤍 2

5:23 PM

 **Drew Redmond**
I'm always here if anyone needs to
talk **@Matt Ayers**    🤍

 **Matt Ayers**
Thanks **@Drew Redmond**  I just had
a good talk with Michael Campanella    🤍 2

 ☺  Send Message...    +

Exhibit 2, Page 017



**Matt Ayers**
Thanks **@Drew Redmond** I just had a good talk with Michael Campanella about this. And I'm not here to start with the black lives matter or all lives matter or left vs. right. I guess my only conflict right now is where/how to see God. Because while we have free will, God also has divine intervention and lately it seems like prayers haven't been working. But while Michael cleared most of the confusion up, there's always internal conflict to some extent. If you or anyone else has any further advice, I'm willing to listen.

7:33 PM



**Miguel Vassallo**
On a side note, 7 am yoga tomorrow on landis for anyone who wants to join👍🔥 

8:51 PM



**Jack Denton**
Hello Friends, if you know me, you know I proudly serve as President of the Student Senate. Unfortunately, it 

☺  Send Message...                      +



.ıll Verizon  LTE          10:20 PM          @ ⚡ 26% 🔋

‹                    **Fear-y the Neri**

8:51 PM

**Jack Denton**
Hello Friends, if you know me, you
know I proudly serve as President of
the Student Senate. Unfortunately, it
appears someone took a screenshot
of my messages earlier and sent
them to a senator. The Senate is
currently taking a vote to remove me
from office due to these messages
claiming they don't feel comfortable
that I serve in the position while being
Catholic. I ask for your prayers at this
time.                                        ❤️ 36

9:11 PM

**Steven Rega**
Disgraceful. Praying for you            🤍 12

**Jacob May**
That's awful, seems like their trying
to trash the first amendment. Praying.  🤍 7

**Peter Meisenbacher**
Hey, everyone. In light of recent
events in this groupchat I'm afraid I'm   🤍 8
going to have to be leaving. I've only
been here for a short time but I've

☺️   Send Message...                        +