# EXHIBIT

# 4

1:52

**Student Life & Academic Affairs**

1:16 PM

Sasha Martin

If you feel comfortable sharing this on your social media platforms I encourage you to do so. We want to create a positive and safe space for everyone involved.