# EXHIBIT 10



THE FLORIDA STATE UNIVERSITY
OFFICE OF THE GENERAL COUNSEL

August 4, 2020

Tyson C. Langhofer
Alliance Defending Freedom
20116 Ashbrook Place, Suite 250
Ashburn, VA 20147
tlanghofer@ADFlegal.org

**Re: Jack Denton**

Dear Mr. Langhofer:

Thank you for bringing Mr. Denton's concerns to our attention. While the University shares Mr. Denton's frustration at the failure of the Student Senate to debate and confirm those appointed to serve as Supreme Court Justices in order to hear his case, we acknowledge that no appeal process exists that would allow Mr. Denton's complaint to be brought directly to Dr. Hecht's office. Any appeal to Dr. Hecht and the Division of Student Affairs can only be entertained after the matter has first been heard by the Student Supreme Court, which cannot hear any cases brought before it unless all five seats of the Court are filled.

Our office evaluated the possibility of appointing temporary summer justices to those seats, but even temporary summer appointments to the Student Supreme Court are subject to Student Senate confirmation. Without the consent and approval of the Student Senate, no appointment to the Student Supreme Court, whether temporary or permanent in nature, can be confirmed. Therefore, this is not a viable option.

While we believe the no-confidence vote taken against Mr. Denton resulting in his removal as Student Senate President on June 5 followed proper procedure according to Senate Rule 1.8, we cannot comment on the substantive arguments made in Mr. Denton's complaint. The proper venue for those arguments is the Student Supreme Court.

Again, the University shares your frustration regarding the failure on the Student Senate's part to debate and confirm those appointed to Student Supreme Court, but we also share your hope that the currently vacant Supreme Court seats will be filled at the conclusion of the first Student Senate meeting of the fall semester so that Mr. Denton's complaint can be heard immediately.

Please feel free to reach out with any further concerns.

Sincerely,

Kyle Griffis, Esq.
Associate General Counsel, Florida State University

222 South Copeland Street, Suite 424 Westcott Building, P.O. Box 3061400, Tallahassee, FL 32306-1400
850.644.4440 • 850.644.8973 • www.generalcounsel.fsu.edu

Exhibit 10, Page 001