# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**JACK D. DENTON**,

        *Plaintiff,*

v.

**JOHN E. THRASHER**, *et al.*,

        *Defendants.*

Civil Case No. 4:20-cv-00425-AW-MAF

## PLAINTIFF'S NOTICE OF RULING BY FLORIDA STATE UNIVERSITY STUDENT SUPREME COURT

Plaintiff Jack D. Denton gives notice to the court of a ruling by the Florida State University Student Supreme Court and states as follows:

1.      Before filing this action, Mr. Denton filed a complaint with the Florida State University Student Supreme Court. *See* Doc. 1, Complaint ¶ 148.

2.      On October 22, 2020, this Court held a telephonic scheduling hearing during which all parties agreed, with this Court's approval, to stay discovery until the resolution of Defendants' pending motions to dismiss.

3.      On October 26, 2020, the Student Supreme Court ruled on the complaint and ordered Mr. Denton's reinstatement as president of the

Student Senate. The Student Supreme Court's opinion is attached  as Exhibit A.

4.    On information and belief, Defendant Daraldik has appealed the Student Supreme Court's decision to Defendant Hecht.

5.    Pursuant to Student Body Statute § 205.7, Defendant Hecht must either affirm or reverse the Student Supreme Court's decision to reinstate Mr. Denton as Student Senate President.

6.    Defendant Daraldik's appeal of the decision and the decision that is yet to be made by Defendant Hecht on the appeal will likely affect Mr. Denton's rights, the relationship between the parties, Mr. Denton's pending claims, and would bear on Defendants' pending motions to dismiss.

7.    On information and belief, Defendant Daraldik or other student government officials may take action to prevent Mr. Denton's reinstatement or to approve a second motion of no-confidence against Mr. Denton even if Defendant Hecht affirms the decision to reinstate Mr. Denton.

8.    A subsequent removal would affect Mr. Denton's rights, the relationship between the parties, Mr. Denton's pending claims, and would bear on Defendants' pending motions to dismiss.

9.    Given the developing nature of the situation, Plaintiff will notify the Court of any relevant factual developments related to the

appeal of the Student Supreme Court's decision or Mr. Denton's reinstated status as Student Senate President.

Respectfully submitted on the 27th day of October, 2020.

*s/ Tyson Langhofer*
Tyson Langhofer*
**ALLIANCE DEFENDING FREEDOM**
20116 Ashbrook Place, Suite 250
Ashburn, VA 20147
Telephone: (571) 707-4655
Facsimile: (571) 707-4656
tlanghofer@ADFlegal.org

David A. Cortman
FLORIDA BAR NO. 18433
Travis C. Barham*
**ALLIANCE DEFENDING FREEDOM**
1000 Hurricane Shoals Road NE,
Ste. D-1100
Lawrenceville, GA 30043
Telephone: (770) 339-0774
Facsimile: (770) 339-6744
dcortman@ADFlegal.org
tbarham@ADFlegal.org

Mark Welton
Florida Bar No. 999202
**WELTON LAW FIRM, LLC**
1020 S. Ferdon Blvd.
Crestview, FL 32536
Telephone: (850) 682-2120
Facsimile: (850) 689-0706
mark@weltonlawfirm.com

*\* Admitted Pro Hac Vice*

*Attorneys for Plaintiff*