IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JACK D. DENTON**,

    *Plaintiff,*

v.

**JOHN E. THRASHER**, *et al.*,

    *Defendants.*

Civil Case No. 4:20-cv-00425-AW-MAF

## PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

Plaintiff Jack D. Denton, pursuant to Fed. R. Civ. P. 15(a)(2) and N.D. Fla. Loc. R. 7.1 and 15.1, respectfully moves the Court for an Order granting leave to file a First Amended Complaint and states as follows:

1. On October 26, 2020, the Student Supreme Court of Florida State University ordered Mr. Denton's reinstatement as president of the Student Senate.

2. On October 27, 2020, Plaintiff filed a Notice apprising the Court of the Student Supreme Court's ruling. *See* Doc. 59.

3. Since the filing of the Complaint, Defendants have engaged in additional acts depriving Plaintiff of his constitutional rights, including attempts to influence the Student Supreme Court's consideration of Plaintiff's complaint, defying the Student Supreme Court's order reinstating Mr. Denton, enforcing the Student Senate's unconstitutional

removal of Mr. Denton, and declaring that Defendant Daraldik was still the Student Senate President even after the Student Supreme Court ordered Mr. Denton's reinstatement.

4. "[D]istrict courts should liberally grant leave to amend when 'the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief.'" *In re Engle Cases*, 767 F.3d 1082, 1108–09 (11th Cir. 2014) (quoting *Foman v. Davis*, 371 U.S. 178, 182 (1962)).

5. The acts by Defendants since Plaintiff's original complaint are new violations of Plaintiff's rights under the principles of law this Court set forth in its Order Granting in Part Plaintiff's Motion for Preliminary Injunction, and are therefore a proper subject of relief. *See* Doc. 55.

6. Plaintiff therefore requests an Order granting leave to file an Amended Complaint.

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Pursuant to N.D. Fla. Loc. R. 7.1(B), Plaintiff's counsel conferred with counsel for all Defendants regarding the relief requested herein and was unable to secure Defendants' acquiescence in the relief requested herein.

Respectfully submitted on the 18th day of November, 2020.

*s/ Tyson Langhofer*
Tyson Langhofer\*
**ALLIANCE DEFENDING FREEDOM**
20116 Ashbrook Place, Suite 250

Ashburn, VA 20147
Telephone: (571) 707-4655
Facsimile: (571) 707-4656
tlanghofer@ADFlegal.org

David A. Cortman
FLORIDA BAR NO. 18433
Travis C. Barham*
**ALLIANCE DEFENDING FREEDOM**
1000 Hurricane Shoals Road NE, Ste. D-1100
Lawrenceville, GA 30043
Telephone: (770) 339-0774
Facsimile: (770) 339-6744
dcortman@ADFlegal.org
tbarham@ADFlegal.org

Mark Welton
Florida Bar No. 999202
**WELTON LAW FIRM, LLC**
1020 S. Ferdon Blvd.
Crestview, FL 32536
Telephone: (850) 682-2120
Facsimile: (850) 689-0706
mark@weltonlawfirm.com


*\* Admitted Pro Hac Vice*

*Attorneys for Plaintiff*

3