IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JACK D. DENTON,

      Plaintiff,

v.                                                                  Case No. 4:20-cv-425-AW-MAF

AMY HECHT, in her official capacity, et
al.,

      Defendants.

_____/

## ORDER DENYING AS MOOT MOTION
## TO DISSOLVE PRELIMINARY INJUNCTION

The court granted in part Denton's request for preliminary injunctive relief. ECF No. 55. The order provided that "[t]he university administrator defendants are enjoined from continuing to enforce or give effect to the vote to remove Jack Denton to the extent that doing so means denying prospective payment for services as student senate president." *Id.* at 24.

The administrator defendants now move to dissolve the preliminary injunction, saying Denton has graduated, his term as student senate president is over, they have paid him as directed, and there is nothing left to enjoin. ECF No. 66. Denton disputes none of this. ECF No. 67 at 2 ("Plaintiff acknowledges that he has graduated from the University, that the 72nd Student Senate is adjourned, and that the University has tendered the payment required by this Court's Order.").

1

Moreover, Denton "agrees that the preliminary injunction has no effect on the University." *Id.*

As the affected parties all agree, the preliminary injunction is no longer effective. It applied only to the end of the then-current senate president term, which has since ended. There is thus no effective injunction to dissolve or modify.

The motion (ECF No. 66) is DENIED as moot.

SO ORDERED on February 15, 2021.

s/ *Allen Winsor*
United States District Judge
